HEATHER E. WILLIAMS, CA #122664
Federal Defender
CHARLES J. LEE, CA #221057
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
Raul Benjamin Gutierrez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00061-DAD-BAM |
| Plaintiff, | |
| vs. | WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER |
| RAUL BENJAMIN GUTIERREZ, | |
| Defendant. | |

Pursuant to Fed. R. Crim P. 43(b)(3), Defendant, Raul Benjamin Gutierrez, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times.  Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

Mr. Gutierrez currently lives in the Los Angeles area.  He is under Pretrial Supervision with numerous conditions including electronic monitoring.  Mr. Gutierrez is working at a tow truck company and it is a financial hardship for Mr. Gutierrez to have to miss a day of work in

order to travel to Fresno for court. He also assists in taking his wife to medical appointments, as she was recently was diagnosed with cancer. Defense requests that Mr. Gutierrez's presence be waived to the extent practicable due to his financial and family commitments and the hardship that multiple trips to Fresno will present. Defense counsel is in constant contact with Mr. Gutierrez and his family members and has had no difficulties in communication with him.

Dated: _____4/2/19_____          /s/ *Original Signature on File*_____
                                 RAUL BENJAMIN GUTIERREZ
                                 Defendant

Dated: _____4/2/19_____          /s/ *Charles J. Lee*_____
                                 CHARLES J. LEE
                                 Assistant Federal Defender
                                 Attorneys for RAUL BENJAMIN GUTIERREZ

## O R D E R

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

Dated: __**April 2, 2019**__          _____/s/ *Barbara A. McAuliffe*_____
                                      UNITED STATES MAGISTRATE JUDGE