IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-61-DAD |
|---|---|
| Plaintiff, | |
| v. | ORDER RE: RELEASE CONDITIONS |
| RAUL BENJAMIN GUTIERREZ, | |
| Defendant. | |

Upon request of the parties and for good cause having been shown,

IT IS HEREBY ORDERED that the Defendant's release conditions are modified to remove the conditions set forth in subparagraphs (c), (j), and (l) of paragraph 7 from Docket Entry 9.

IT IS SO ORDERED.

Dated: __**June 10, 2019**__  
_____  
UNITED STATES MAGISTRATE JUDGE

1