| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | CHARLES J. LEE, #221057<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226<br>Telephone: 559-487-5561/Fax: 559-487-5950 |
| 5 | |
| 6 | Attorney for Defendant<br>RAUL BENJAMIN GUTIERREZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RAUL BENJAMIN GUTIERREZ,<br><br>    Defendant. | Case No.  1:19-cr-00061-DAD-BAM<br><br>STIPULATION TO EXONERATE CASH BOND; ORDER<br><br>JUDGE: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that Mr. Gutierrez's order of release (7)(i) be deleted and the cash bond posted on receipt #CAE100042026 in the above entitled case by Edgar Fernando Castro in the amount of $8,000.00 be exonerated and returned to the surety.

All other conditions remain in full force and effect.

                                                Respectfully submitted,

                                                McGREGOR SCOTT<br>
                                                United States Attorney

DATED: July 8, 2019                               */s/ Thomas Newman*<br>
                                                THOMAS NEWMAN<br>
                                                Assistant United States Attorney<br>
                                                Attorney for Plaintiff

|   |   |
|---|---|
| | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: July 8, 2019 | */s/ Charles J. Lee*<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorneys for Defendant<br>RAUL BENJAMIN GUTIERREZ |

## **O R D E R**

**IT IS SO ORDERED** that pretrial release condition 7(i) be deleted and the cash bond posted on receipt #CAE100042026 in the above-entitled case by Edgar Fernando Castro in the amount of $8,000.00 be exonerated and returned to the surety.

All other conditions remain in full force and effect.

IT IS SO ORDERED.

Dated: **July 8, 2019**

_____
UNITED STATES DISTRICT JUDGE