| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | CHARLES J. LEE, #221057 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: 559-487-5561/Fax: 559-487-5950 |
| 5 | |
| 6 | Attorney for Defendant |
| | RAUL BENJAMIN GUTIERREZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:19-cr-00061-DAD-BAM |
| Plaintiff, | STIPULATION TO MODIFY TERM OF PRETRIAL RELEASE; ORDER |
| vs. | JUDGE: Hon. Dale A. Drozd |
| RAUL BENJAMIN GUTIERREZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that Mr. Gutierrez's order of release condition (6) be modified to remove Edgar Fernando Castro Lopez as a third-party custodian.  Sandra Lorena Gutierrez would remain as a third-party custodian.  At the time of Mr. Gutierrez's initial detention hearing, his wife, Sandra Lorena Gutierrez, was in the process of renewing her lawful permanent resident status.  Because her renewal application was in process and pending at that time, Magistrate Oberto added Edgar Fernando Castro Lopez as an additional third-party custodian to ensure there was a third-party custodian with legal status at all times.  Now that Ms. Gutierrez's renewal application has been approved, there is no longer the need to have Mr. Lopez as an additional third-party custodian.  Mr. Gutierrez has been in full compliance with all the terms of his pretrial supervision.

All other conditions remain in full force and effect.

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

DATED: August 28, 2019     */s/ Thomas Newman*
THOMAS NEWMAN
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender


DATED: August 28, 2019     */s/ Charles J. Lee*
CHARLES J. LEE
Assistant Federal Defender
Attorneys for Defendant
RAUL BENJAMIN GUTIERREZ

# O R D E R

**IT IS SO ORDERED** that pretrial release condition (6) be modified to remove Edgar Fernando Castro Lopez as a third-party custodian. Sandra Lorena Gutierrez would remain as a third-party custodian.

All other conditions previously imposed remain in full force and effect.

IT IS SO ORDERED.

Dated: **August 30, 2019**

UNITED STATES DISTRICT JUDGE