| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226<br>Telephone: 559-487-5561/Fax: 559-487-5950 |
| 5 | |
| 6 | Attorneys for Defendant<br>RAUL BENJAMIN GUTIERREZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAUL BENJAMIN GUTIERREZ,<br><br>Defendant. | Case No. 1:19-cr-00061-DAD-BAM<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING<br><br>DATE: February 3, 2020<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the sentencing hearing in the above-captioned matter now set for October 28, 2019, may be continued until February 3, 2020, at 10:00 a.m..

Defense counsel, due to office staffing issues, is now scheduled to cover the Yosemite Courthouse during the week of the currently scheduled sentencing hearing. Additionally, defense is requesting the additional time in order to facilitate acquiring documents and other information it wishes to present at Mr. Gutierrez's sentencing hearing. The government has no objection to the requested date.

As Mr. Gutierrez has already entered a guilty plea, no exclusion of time is necessary under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

DATED: September 5, 2019    By:    /s/ *Thomas Newman*
                                    THOMAS NEWMAN
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


                                    HEATHER E. WILLIAMS
                                    Federal Defender

DATED: September 5, 2019    By:    /s/ *Charles J. Lee*
                                    CHARLES J. LEE
                                    Assistant Federal Defender
                                    Attorneys for Defendant
                                    RAUL BENJAMIN GUTIERREZ

# **O R D E R**

IT IS SO ORDERED that the sentencing hearing in the above-entitled case shall be continued to February 3, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  **September 5, 2019**

UNITED STATES DISTRICT JUDGE