MCGREGOR W. SCOTT
United States Attorney
THOMAS M. NEWMAN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00061-DAD |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING |
| v. | |
| RAUL BENJAMIN GUTIERREZ, | |
| Defendants. | |

Plaintiff, United States of America, by and through its counsel of record, the United States Attorney for the Eastern District of California, and defendant, RAUL BENJAMIN GUTIERREZ, by and through his counsel, hereby agree and stipulate to continue sentencing in this matter until May 6, 2020, at 10:00 am.

1. This matter was charged by indictment on March 28, 2019.
2. The parties filed a written plea agreement on May 12, 2019, and the defendant changed his plea pursuant to that agreement on July 8, 2019, Dkt. No. 25.
3. Sentencing is currently set for February 3, 2020. At this time, the U.S. Probation Officer is preparing the Pre-Sentence Investigation Report and the government is waiting for additional information to supply to probation, including laboratory reports, which will assist the parties in their sentencing recommendation.

1

4. The parties further represent that the defendant remains out of custody and subject to modified conditions. The defendant has had no issues while on pretrial release. The parties expect that this delay will permit the parties to submit additional records to the U.S. Probation Office and to permit the defendant to reside with an ill family member. For that reason, the parties stipulate to continue sentencing until May 18, 2020, at 10 am.

IT IS SO STIPULATED.

Dated: December 6, 2019             MCGREGOR W. SCOTT
                                    United States Attorney

                              By:   /s/ THOMAS NEWMAN
                                    THOMAS NEWMAN
                                    Assistant United States Attorney

DATED: December 6, 2019       By:   /s/ *Charles J. Lee*
                                    CHARLES J. LEE
                                    Assistant Federal Defender
                                    Attorneys for Defendant
                                    RAUL BENJAMIN GUTIERREZ

**O R D E R**

IT IS ORDERED that sentencing in this matter is continued from February 3, 2020, to May 18, 2020, at 10 am.

IT IS SO ORDERED.

Dated:  **December 6, 2019**        _____
                                    UNITED STATES DISTRICT JUDGE