| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | THOMAS M. NEWMAN<br>Assistant United States Attorneys |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, California 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAUL BENJAMIN GUTIERREZ,<br><br>Defendant. | CASE NO. 1:19-CR-00061-DAD<br><br>STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER |

Plaintiff, United States of America, by and through its counsel of record, the United States Attorney for the Eastern District of California, and defendant, RAUL BENJAMIN GUTIERREZ, by and through his counsel, hereby agree and stipulate to continue sentencing in this matter until October 26, 2020, at 10:00 am.

1. This matter was charged by indictment on March 28, 2019. The parties filed a written plea agreement on May 12, 2019, and the defendant changed his plea pursuant to that agreement on July 8, 2019, Dkt. No. 25.

2. Sentencing is currently set for May 18, 2020. At this time, the U.S. Probation Officer is preparing the Pre-Sentence Investigation Report and the government is waiting for additional information to supply to probation, including laboratory reports, which will assist the parties in their sentencing recommendation.

1

3. The parties previously submitted a stipulation to continue sentencing noting the information listed above in paragraph 2. At present, the government is awaiting laboratory results and other information relevant to sentencing that may not be available for the upcoming hearing.

4. The parties further represent that the Defendant remains out of custody and subject to modified conditions. The Defendant has had no issues while on pretrial release. The parties expect that this delay will permit the parties to submit additional records to the U.S. Probation Office, to permit the Defendant to reside with an ill family member, and to allow him time to satisfy conditions in his plea agreement. For those reason, the parties stipulate to continue sentencing until October 26, 2020, at 10 am.

IT IS SO STIPULATED.

Dated: March 27, 2020
MCGREGOR W. SCOTT
United States Attorney

By: /s/ THOMAS NEWMAN
THOMAS NEWMAN
Assistant United States Attorney

DATED: March 27, 2020   By: /s/ *Charles J. Lee*
CHARLES J. LEE
Assistant Federal Defender
Attorneys for Defendant
RAUL BENJAMIN GUTIERREZ

**O R D E R**

Pursuant to the parties' stipulation, the sentencing hearing in this matter is continued to October 26, 2020, at 10 a.m.

IT IS SO ORDERED.

Dated: **March 27, 2020**
UNITED STATES DISTRICT JUDGE