| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
|   | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
|   | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
|   | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
|   | Telephone: 559-487-5561/Fax: 559-487-5950 |
| 5 | |
|   | Attorneys for Defendant |
| 6 | RAUL BENJAMIN GUTIERREZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:19-cr-00061-DAD-BAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| vs. | |
| RAUL BENJAMIN GUTIERREZ, | DATE:  April 26, 2021 |
| Defendant. | TIME:   10:00 a.m. |
| | JUDGE: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the sentencing hearing in the above-captioned matter now set for October 27, 2020, may be continued until April 26, 2021, at 10:00 a.m.

Both defense and the government are still obtaining information they believe will be relevant to the Court's sentencing determination.  Accordingly, the continued sentencing date is requested.

As Mr. Gutierrez has already entered a guilty plea, no exclusion of time is necessary under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

///

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

DATED: October 13, 2020          By:   /s/ *Thomas Newman*
                                       THOMAS NEWMAN
                                       Assistant United States Attorney
                                       Attorney for Plaintiff


                                       HEATHER E. WILLIAMS
                                       Federal Defender

DATED: October 13, 2020          By:   /s/ *Charles J. Lee*
                                       CHARLES J. LEE
                                       Assistant Federal Defender
                                       Attorneys for Defendant
                                       RAUL BENJAMIN GUTIERREZ


**O R D E R**

IT IS SO ORDERED that the sentencing hearing in the above-entitled case shall be continued to April 26, 2021, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **October 13, 2020**                      _____
                                                   UNITED STATES DISTRICT JUDGE