| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | CHARLES LEE, Bar #221057 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | RAUL BENJAMIN GUTIERREZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00061-DAD-BAM |
|---|---|
| Plaintiff, | |
| vs. | MOTION FOR RETURN OF PASSPORT; AND ORDER |
| RAUL BENJAMIN GUTIERREZ | |
| Defendant. | |

Defendant, by his attorney, hereby moves the Court for an Order directing the Clerk of this Court to return defendant's Passport as it no longer needs to be held as a condition of pretrial release.

In support of this request, the defendant offers the following:

1. On March 21, 2019, Mr. Gutierrez was released on the instant case on a number of pretrial conditions, including surrendering his passport. *See* Dkt. #8, 9.

2. Mr. Gutierrez entered a guilty plea and was on sentenced on April 27, 2021, receiving a sentence of time-served, 60-months of supervised release, and a $100 special assessment.

3. The Judgment was filed on April 27, 2021. Dkt. #53.

4. As there are no further conditions for Mr. Gutierrez to fulfill and he has been sentenced to time-served, he requests return of his passport.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 28, 2021

*/s/ Charles J. Lee*
CHARLES J. LEE
Assistant Federal Defender
Attorneys for Defendant
RAUL BENJAMIN GUTIERREZ

**ORDER**

IT IS SO ORDERED that Defendant RAUL BENJAMIN GUTIERREZ'S Passport shall be returned to the defendant forthwith.

IT IS SO ORDERED.

Dated: **April 28, 2021**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE