HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, CA Bar #344683
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Tel: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
RAUL BENJAMIN GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:19-cr-00061-DAD-BAM-1 |
| Plaintiff, | STIPULATION TO PERMIT TRAVEL TO MEXICO; ORDER |
| vs. | JUDGE: Hon. Erica P. Grosjean |
| RAUL BENJAMIN GUTIERREZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, Assistant United States Attorneys Justin Gilio and Antonio Pataca, counsel for plaintiff, and Assistant Federal Defender Christina Corcoran, counsel for defendant Raul Benjamin Gutierrez, that the Court may enter an order permitting Mr. Gutierrez to travel to Mexicali, Mexico, between February 10, 2026, and February 13, 2026.

Mr. Gutierrez's conditions of supervised release restrict his travel to the district where he resides unless he obtains permission. *See* ECF #53, at 4.  Mr. Gutierrez would like to travel to Mexicali, Mexico to attend his brother's funeral. If approved, Mr. Gutierrez would leave his residence on or after February 10, 2026, and return no later than February 13, 2026.  Mr. Gutierrez has been under supervision since 2019 without issue.  As such, neither the Probation Office nor the Government object to this travel request.

/ / /

-1-

Gutierrez: Stipulation to Authorize Travel

Respectfully submitted,


ERIC GRANT
United States Attorney


Date: February 10, 2026          /s/ Antonio Pataca
                                 ANTONIO PATACA
                                 JUSTIN GILIO
                                 Assistant United States Attorneys
                                 Attorney for Plaintiff


                                 HEATHER E. WILLIAMS
                                 Federal Defender


Date: June 1, 2023               /s/ Christina M. Corcoran
                                 CHRISTINA M. CORCORAN
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 RAUL BENJAMIN GUTIERREZ


### ORDER

Upon the parties' stipulation and for good cause shown, the Court hereby authorizes Mr. Gutierrez to travel to Mexicali, Mexico, between February 10, 2026, and February 13, 2026.


IT IS SO ORDERED.

Dated:    **February 10, 2026**          /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE

-2-

Gutierrez: Stipulation to Authorize Travel